# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KETZY TREVIZO, | CIVIL NO: 1:23-CV-00508 |
| Plaintiff, | (Magistrate Judge Schwab) |
| v. | |
| CARLOS DEL TORO, Secretary of the Navy, | |
| Defendant. | |

## ORDER
March 20, 2024

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendant's motion to dismiss and/or for summary judgment (*doc. 11*) is **GRANTED** to the extent that the complaint is dismissed for failure to state a claim upon which relief can be granted. **IT IS FURTHER ORDERED** that Trevizo may filed an amended complaint within 28 days of the date of this Order.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge