# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KETZY TREVIZO, | : | CIVIL NO.: 1:23-CV-00508 |
| Plaintiff, | : | (Magistrate Judge Schwab) |
| v. | : | |
| CARLOS DEL TORRO, SECRETARY OF THE NAVY, | : | |
| Defendant. | : | |

## ORDER

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the motion (*doc. 43*) to dismiss and/or for summary judgment filed by the defendant Carlos Del Torro is **GRANTED**. The amended complaint (*doc. 41*) is **DISMISSED with prejudice**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge